Gary Friedrich Enterprises, LLC et al v Marvel Enterprises, inc. et al          Doc. 3 Att. 3



MARVEL COMICS GROUP

20¢ 5 AUG 02120

MARVEL SPOTLIGHT ON...

# GHOST RIDER

IS HE ALIVE.. OR DEAD?

A LEGEND IS BORN!

APPROVED BY THE COMICS CODE AUTHORITY

# THE MOST *SUPERNATURAL* SUPERHERO OF ALL!

EXHIBIT 1

Dockets.Justia.com



Send For Free Information On How
## YOU, TOO, CAN OWN A POWER-PACK BODY
Like These Weider Pupils and Champions!

**LARRY SCOTT**
"MR. AMERICA"
"MR. UNIVERSE"

Twice "Mr. Olympia" winner, Larry stands 5' 7", weighs 205 lbs. and has a pair of 20" arms! He is considered one of the world's best built men, but he was a 136 lb. weakling before making the coupon! This Can Happen To You Too!

**FREDDY ORTIZ**
"MR. AMERICA"
"MR. UNIVERSE"

Winner, Freddy stands 5' 5", weighs 185 lbs. of rock-hard muscle. His arms measure 19" and he is considered the best-built short man in the world. Yet he was a 115-lb. skinny weakling before sending in the coupon! Why Not You?

**RICKY WAYNE**
"MR. EUROPE"
"MR. UNIVERSE"

Winner, Ricky is 5' 8", weighs 198 lbs. of Herculean muscle. His arms measure a full 19½" and he is considered the best built man in Europe today. Yet he was a pitiful 123-lb. before sending the coupon! And It Can Happen To You!

**CHUCK SIPES**
"MR. AMERICA"
"MR. UNIVERSE"

Winner, Chuck stands 5' 9", weighs 225 lbs. and has a pair of 20" arms! He was the strongest man in the world! He was a 141 lb. weakling before sending in the free coupon! Now How About You?



**Weider Pupil**
**DAVE DRAPER**
"MR. AMERICA"
"MR. UNIVERSE"

Winner, and movie-TV star—Dave stands 6' 2", weighs 235 lbs. and owns the largest arms in the world—21½" upper-arm, 17" lower-arm! Yet he was 145 and skinny before mailing the coupon! But why wasn't Rush!

# FREE! MUSCLE COURSE THAT CAN ADD 3 INCHES TO YOUR ARMS *FAST!*
## ...AND MAKE YOU INTO AN ATHLETIC VIRILE HE-MAN!!

In half the time, with twice the ease, in the privacy of your own room, in just a few minutes a day, I will, through my "TRIPLE-PROGRESSION COURSE" that I want to send you FREE, guarantee that virtually overnight, you will experience a muscle-building miracle! Before your eyes you'll slap on inches of steel-hard muscles to your pipe-stem arms, pack your chest with power and size, give yourself life-guard shoulders, dynamic, speedy, athletic legs. Add jet-charged strength to every muscle in your body. I don't care if, today, you own the scraggiest, flabbiest, skinniest or funniest-looking body, whether you're tall or short, young or not-so-young, skinny or fat, office-worker, laborer, school-boy or businessman, I must make a new, virile he-man out of you—with handsome muscles bursting out all over! They will ripple with power, vibrate with energy! And for the fist time in your life, men will envy your body—women admire it, because at last you will own a body that brings you fame instead of shame! What I did for Dave Draper "Mr. Universe" winner, and for hundreds of other champions since 1936, I am ready to do for you! A-C-T-I-O-N is the key to strength! Fill out the coupon below NOW! Rush it to me—and in hours, with no charge to you—at my own expense, you, too, like Dave Draper did, will start putting an end to your weakness! You have nothing to lose but your weakness! ACT NOW!—SUPPLY IS LIMITED!

## THIS GIANT 32 PAGE COURSE

**ABSOLUTELY FREE!**

WRITE TO: **JOE WEIDER**, Dept 83—72G
TRAINER OF CHAMPIONS SINCE 1936,
25 Maple Street
Norwood, N.J. 07648

**Dear Joe:** Shoot the works! I am saying YES to becoming a New Man! Rush me your free Muscle-building information which I can use right now at home to build a handsome and useful body.

I enclose only 25c to cover the cost of handling and mailing. I am under no further obligation.

NAME_____
ADDRESS_____
CITY_____ STATE_____
ZIP CODE_____ AGE_____
(Please print clearly)



**JOE WEIDER**
Personal trainer of "Mr. America" "Mr. Universe" "Mr. Canada" perfect man title winners since 1936—and over 2,000,000 successful pupils the world over!

I have √ where I need more muscle:
I Want: ☐ Bigger Arms ☐ Larger Neck ☐ Deeper Chest ☐ Trim Waist ☐ Athletic Legs ☐ Added Weight ☐ Broader Shoulders ☐ More Endurance and Power

**MAIL COUPON TODAY! NO OBLIGATION! NOTHING TO BUY!**