Gary Friedrich Enterprises, LLC, et al v. Marvel Enterprises, Inc. et al     Doc. 3 Att. 4



MARVEL SPOTLIGHT is published by MAGAZINE MANAGEMENT CO., INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published bi-monthly. Copyright © 1972 by Magazine Management Co., Inc. Marvel Comics Group. All rights reserved 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 5, August, 1972 issue. Price 20¢ per copy. No similarity between any of the names, characters, persons and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by World Color Press, Inc., Sparta, Ill. 62286. Subscription rate $2.75 for 12 issues. Canada $3.25. Foreign $4.50.

Dockets.Justia.com

