Gary Friedrich Enterprises, LLC, et al v. Marvel Enterprises, Inc. et al — Doc. 3 Att. 5

CONTINUED AFTER NEXT PAGE

Dockets.Justia.com

# Don't Be Half A Man!

**CHARLES ATLAS, World's No. 1 Body Builder, says:**

## THE INSULT THAT MADE A MAN OUT OF 'MAC'






**Let ME SHOW How I Can Make You a Real HE-MAN From Head to Toe — in Just 15 Minutes a Day!** Take a good honest look at yourself. Are you proud of your body — or are you satisfied to go through life being just "half the man" you could be? No matter how ashamed you are of your present physical condition — or how old or young you are — the "sleeping" muscles already present in your body can turn you into a real HE-MAN! Believe me, I know — because I was once a skinny, scrawny 97-pound half-alive weakling! People used to laugh at my build and make fun of me. I was ashamed to strip for sports or the beach ... shy of girls ... afraid of healthy competition.

**WIN THIS VALUABLE TROPHY** Be the envy of your friends!

### HOW I CHANGED FROM A "MOUSE" TO A MAN

One day, I discovered a secret that changed me from a timid, frightened scarecrow into "The World's Most Perfectly Developed Man" — a "magic formula" that can help turn *you*, too, into a marvellous physical specimen — a real HE-MAN from head to toe ... a man who STANDS OUT in any crowd! What's my secret? "DYNAMIC TENSION" — the natural method! No theory. No gadgets or contraptions. You just do as I did. Simply take the "sleeping" muscles already present inside your own body — build them up — use them every day in walking, bending over, reaching, even sitting! Almost before you know it, you're covered with a brand-new suit of beautiful, rock-hard SOLID MUSCLE!

### MY SECRET BUILDS MUSCLES FAST!

*Just 15 minutes each day* in the privacy of your room is all it takes to make your chest and shoulder muscles swell so big they almost split your coat seams ... turn your fists into sledge-hammers ... build mighty legs that never tire! Mail coupon today for my famous book showing how "Dynamic Tension" can give *you* a Body by Atlas. Charles Atlas, Dept. 606, 115 E. 23 St., New York, N.Y. 10010.

**5 FREE GIFTS** If you act now, in addition to my complete course, you will also receive 5 valuable outline courses: JIU JITSU · KARATE · BOXING · WRESTLING · FEATS OF STRENGTH · HAND BALANCING











**A DEEP CHEST?** I can add SOLID INCHES of powerful muscle to your chest ... make you look and feel like a dynamo.

**BIG ARM MUSCLES?** You'll see and feel your arm muscles bulge thicker with super power and energy.

**TIRELESS LEGS?** I'll make your legs strong and powerful ... give you the drive of a long distance runner.

**MAGNETIC PERSONALITY!** "Dynamic Tension" makes you alive with vitality ... win the respect and admiration of women and men.

**BROAD SHOULDERS?** "Dynamic Tension" will broaden your shoulders ... your arms — and feel like a PRO-BALL PLAYER.

**MORE WEIGHT?** You'll put on pounds in the right places ... "Dynamic Tension" will build you up inside and out.

---

**HERE'S THE KIND OF BODY I WANT**
- ☐ MORE MUSCLE
- ☐ BIGGER CHEST
- ☐ BIG ARM MUSCLES
- ☐ BROAD BACK & SHOULDERS
- ☐ TIRELESS LEGS
- ☐ MORE WEIGHT
- ☐ MAGNETIC PERSONALITY

**CHARLES ATLAS**
Dept. 606, 115 E. 23 St., N.Y., N.Y. 10010

I enclose 10¢. Show me how "Dynamic Tension" can make me a new man. Send your famous 32-page book, full of pictures, valuable advice. No obligation.

Print Name.................................... Age........
Address...............................................
City &
State.............................. Zip Code..........

In England
Charles Atlas, 21 Poland St., London W.1

My 32-page illustrated book: Charles Atlas, 115 East 23 St., N.Y. 10010.

**CHARLES ATLAS ON TV**