Gary Friedrich Enterprises, LLC. et al v. Marvel Enterprises, Inc. et al     Doc. 3 Att. 8

# Strategy & Tactics

**Want to know what it's like to fight in Vietnam? Want to know what it's like to fight on BOTH sides? Want to find out without getting shot at? Get GRUNT!**

**a COMPLETE WARGAME plus a magazine for ONLY $3.00**



In issue No. 26 of *Strategy & Tactics* magazine, there is a complete game on ground combat in Vietnam. This game, called *GRUNT*, consists of a 22 by 28 inch mapsheet, game rules and 255 half-inch die-cut playing pieces representing U.S. and Viet Cong infantry units, Vietnamese civilians, South Vietnamese soldiers, food, equipment and weapons caches and so on. The issue of *Strategy & Tactics* magazine containing GRUNT also carried an article on the use of the Airmobile Division in Vietnam, written by a veteran of the 1st Cavalry Division (Airmobile). He also designed *GRUNT*. The issue also contained articles on the history of the Waffen SS (World War II German elite troops) and the naval war in the Mediterranean. Plus our regular features: book and game reviews plus game-related articles. Every issue of *S&T* contains a complete, ready-to-play game, plus a magazine with historical articles and other regular features. *S&T* is published six times a year. One year subscriptions are ten dollars. Single copies are three dollars. Back issues are available. Games in back issues are *LOST BATTLES* (Russia, 1944), *COMBAT COMMAND* (France, 1944), *USN* (the Pacific, 1941-43), *FLYING CIRCUS* (the air war 1914-1918), and many others.

Also available are another line of games, similar to the games in *S&T*. These games sell for five dollars each. Some titles are: *KURSK* (Russia, 1943), *1918* (the Western Front, 1918), *NORMANDY* (France, 1944), *BARBAROSSA* (Russia, 1941-45), *GRENADIER* (18th century tactics), *PHALANX* (ancient Greece), *DARK AGES* (Medieval warfare), *KOREA* (1950-51), *BATTLE OF STALINGRAD* (1942), and many others.

For those unfamiliar with this type of game, we have designed a special "introductory" game, *NAPOLEON AT WATERLOO*. This game is given as a free bonus to new subscribers. Purchased separately it costs one dollar.

 **Send your order to:**
Simulations Publications, Inc., Dept. 318
44 East 23 St., New York, N.Y., 10010

☐ S&T No. 26 (containing Grunt) $3.00
☐ One Year Subscription (6 issues) $10.00
☐ Two Year Subscription (12 issues) $17.00

Name _____
Address _____
City _____ State _____ Zip _____
Please pay by check or money order

Dockets.Justia.com