











BUT YOU *KEPT* YOUR *PROMISE*...

*FIVE YEARS* SINCE MY WIFE DIED...AND YOU HAVEN'T RIDDEN *SINCE*...I'M STARTIN' TO THINK YOU'RE *YELLA'!*



*YOU*, ROCKY...EVEN *YOU* DOUBT MY *COURAGE?!*

WHAT *ELSE* CAN I DO, JOHNNY...EVEN THOUGH I DON'T *WANT* TO BELIEVE IT?!



YOU WON'T *RIDE*...AND THERE'S ONLY *ONE REASON* FOR IT...A *THING* OF *COWARDICE!*

YEAH...I *GUESS* YOU'RE *RIGHT*...I'M *CHICKEN*...SO LET'S *LEAVE* IT AT THAT.



YOU *COULDN'T* LEAVE IT AT THAT, THOUGH...AS THE *GNAWING* GREW *LOUDER*...THE WORLD SEEING YOU AS A *COWARD*...A *CHICKEN*...SCARED OF THE *DANGEROUS*, YET ALIVE IN THE SADDLE...AND *HAUNTED*... *CHEATED* OF *FAME* AND *FORTUNE* BY A *PROMISE* TO A *DYING* WOMAN...



THEN...IT *HIT* YOU. YOU'D *PROMISED* NOT TO RIDE IN THE *SHOW!* NOTHING WAS SAID ABOUT RIDING FOR YOUR *OWN SATIS-FACTION!* SO YOU STARTED TO *PRACTICE*...LATE AT NIGHT...WHEN NO ONE WAS *WATCHING*...AT LEAST *NO ONE YOU KNEW OF*...

CONTINUED AFTER NEXT PAGE

10