Gary Friedrich Enterprises, LLC. et al v. Marvel Enterprises, Inc. et al          Doc. 3 Att. 11



