

# FREE... Any 3 Stereo LP's or

## WITH NO OBLIGATION

027 THE DIONNE WARWICKE STORY (2 record set) Scept LP, 8TR, CASS

619 LED ZEPPELIN Atlan LP, 8TR, CASS

615 BREWER & SHIPLEY Shake Off The Demon Kam Sut LP, 8TR, CASS

823 THE WHO Meaty, Beaty, Big & Bouncy Decca LP, 8TR, CASS

827 CHER Kapp LP, 8TR, CASS

035 JOAN BAEZ Blessed Are... (2 record set) Vangu LP, 8TR, CASS

063 ISAAC HAYES/ SHAFT (ST) (2 record set) Enter LP, 8TR, CASS

900 LOU RAWLS Natural Man MGM LP, 8TR, CASS

777 GODSPELL Original Cast Bell LP, 8TR, CASS

135 RICHARD HARRIS My Boy Dunhl LP, 8TR, CASS

043 FIDDLER ON THE ROOF Original ST (2 record set) UnAr LP, 8TR, CASS

683 RAMSEY LEWIS Back To The Roots Cadet LP, 8TR, CASS

313 JOAN BAEZ/ CARRY IT ON (ST) Vangu LP, 8TR, CASS

780 MOUNTAIN Flowers Of Evil Windf LP

420 IKE & TINA TURNER 'Nuff Said UnAr LP, 8TR, CASS

270 DIONNE WARWICKE Greatest Movie Hits Scept LP, 8TR, CASS

705 CHOPIN Polonaises Yorks LP, 8TR, CASS

684 LONDON HOWLIN' WOLF SESSIONS Chess LP, 8TR, CASS

373 QUINTESSENTIAL EARL HINES Chiar LP, 8TR, CASS

712 LOS INDIOS TABAJARAS Yorks LP, 8TR, CASS

707 RCA STEREO SYSTEMS TEST RECORD Yorks LP

267 DIONNE WARWICKE I'll Never Fall In Love Again Scept LP, 8TR, CASS

355 THE 101 STRINGS Beatles' Million Seller Hits Alshi LP

275 CANNED HEAT Live At Topanga Corral Wand LP, 8TR, CASS

708 HANDEL Water Music Yorks LP, 8TR, CASS

773 LAWRENCE OF ARABIA Original Soundtrack Bel? LP, 8TR, CASS

383 RUTH BATCHELOR Songs For Women's Liberation Femme LP

783 5TH DIMENSION Love's Lines, Angles & Rhymes Bell LP, 8TR, CASS

353 THE 101 STRINGS Love Story Alshi LP

760 PARTRIDGE FAMILY Up To Date Bell LP, 8TR, CASS

100 THREE DOG NIGHT Golden Bisquits Dunhl LP, 8TR, CASS

778 STAMPEDERS Sweet City Woman Bell LP, 8TR, CASS

704 BEETHOVEN Piano Sonatas Yorks LP, 8TR, CASS

779 DAWN Bell LP, 8TR, CASS

903 THE DONNY OSMOND ALBUM MGM LP, 8TR, CASS

See for yourself why over 1¾ million record and tape collectors paid $5 to join Record Club of America when other record or tape clubs would have accepted them free.

## TYPICAL "EXTRA DISCOUNT" SALE

$4.98 LPs average as low as $1.69
$5.98 LPs average as low as $2.04
Savings of 66% or more from recent Club sales up to $3.94 per LP. Start these giant savings now, not after you fulfill your obligation like the other clubs.

| | Label | List Price | Average Club Price |
|---|---|---|---|
| BLACK SABBATH—Master of Reality | WarBr | 5.98 | 2.04 |
| ANDY WILLIAMS—You've Got A Friend | Colum | 5.98 | 2.04 |
| BURT BACHARACH | A&M | 5.98 | 2.04 |
| JEFFERSON AIRPLANE—Bark | Grunt | 5.98 | 2.04 |
| BARBRA JOAN STREISAND | Colum | 5.98 | 2.04 |
| MOODY BLUES—Every Good Boy Deserves Favour | Thres | 5.98 | 2.04 |
| THE DOORS—L.A. Woman | Elekt | 5.98 | 2.04 |
| KRIS KRISTOFFERSON—Silver Tongued Devil & I | Monum | 4.98 | 1.69 |
| PAUL McCARTNEY—Ram | Apple | 5.98 | 2.04 |
| CAROLE KING—Tapestry | Ode | 5.98 | 2.04 |
| JOHN DENVER—Poems, Prayers & Promises | RCA | 5.98 | 2.04 |

## RECORD CLUB OF AMERICA—The World's Largest Record and Tape Club