Gary Friedrich Enterprises, LLC, et al v. Marvel Enterprises, Inc, et al    Doc. 3 Att. 13

# Any 1 Tape Cartridge or Cassette Shown Here
### Worth up to $20.94
## TO BUY ANYTHING EVER!

Yes, take your pick of these great hits right now! Choose any 3 Stereo LPs (worth up to $20.94) or any 1 Stereo Tape (cartridge or cassette, worth up to $13.95) FREE... as your welcome gift from Record Club of America when you join at the low lifetime membership fee of $5.00. You can defer your selection of FREE Items and choose from an expanded list later if you can't find 3 LPs or 1 Tape here. We make this amazing offer to introduce you to the only record and tape club offering guaranteed discounts of 33⅓% to 79% on all labels—with no obligation or commitment to buy anything ever. As a member of this one-of-a-kind club you will be able to order any record or tape commercially available, on every label—including all musical preferences. No automatic shipments, no cards to return. We ship only what you order. Moneyback guarantee if not satisfied.

     

205 ROD STEWART — Every Picture Tells a Story — Mercu LP, 8TR, CASS
277 B.J. THOMAS — Greatest Hits Vol. 2 — Scept LP, 8TR, CASS
774 5TH DIMENSION — Reflections — Bell LP, 8TR, CASS
060 JESUS CHRIST SUPERSTAR (2 record set) — Decca LP, 8TR, CASS
123 STEPPENWOLF — For Ladies Only — Dunhi LP, 8TR, CASS
906 ROBERT GOULET — I Never Did As I Was Told — MGM LP, 8TR, CASS
805 2001: A Space Odyssey — MGM LP, 8TR, CASS

      

907 DONNY OSMOND — To You With Love, Donny — MGM LP, 8TR, CASS
770 PARTRIDGE FAMILY SOUND MAGAZINE — Bell LP, 8TR, CASS
117 JAMES GANG — Live In Concert — ABC LP, 8TR, CASS
370 JAMES TAYLOR & The Flying Machine — Eupho LP
119 GRASS ROOTS — Their 16 Greatest Hits — Dunhi LP, 8TR, CASS
264 GUESS WHO — Born In Canada — Wand LP, 8TR, CASS
118 THREE DOG NIGHT — Harmony — Dunhi LP, 8TR, CASS

800 OSMONDS — Homemade — MGM LP, 8TR, CASS
764 MOUNTAIN — Nantucket Sleighride — Wind LP
354 THE 101 STRINGS — Webb & Bacharachs Million Seller Hits — Alshi LP
808 ERIC BURDON & JIMMY WITHERSPOON — Guilty — MGM LP, 8TR, CASS
600 OCEAN — Put Your Hand In The Hand — KamSu LP, 8TR, CASS

### NOW YOU CAN CHARGE IT, TOO!

308 JOAN BAEZ — Joan Baez 5 — Vangu LP, 8TR, CASS
380 ABBIE HOFFMAN — Wake Up America! — BigTo LP, 8TR, CASS
700 TCHAIKOVSKY — 1812 Overture — Yorks LP, 8TR, CASS
263 B.J. THOMAS — Greatest Hits Vol. 1 — Scept LP, 8TR, CASS

## AT LAST A RECORD AND TAPE CLUB WITH NO "OBLIGATIONS"—ONLY BENEFITS!

Ordinary record and tape clubs make you choose from a few labels—usually their own. They make you buy up to 12 records or tapes a year—usually at list price—to fulfill your obligation. And if you forget to return their monthly card—they send you an item you don't want and a bill for $4.98, $5.98, $6.98 or $7.98. In effect, you may be charged almost double for your records and tapes.

**BUY RECORD CLUB OF AMERICA ENDS ALL THAT!**
We're the largest all-label record and tape club in the world. Choose any LP or tape (cartridges and cassettes), including new releases. No exceptions! Take as many, or as few, or no selections at all if you so decide. Discounts are GUARANTEED AS HIGH AS 79% OFF! You always save at least 33⅓%. You get best sellers for as low as 99¢.

**NO AUTOMATIC SHIPMENTS**
With our Club there are no cards which you must return to prevent shipment of unwanted LPs or tapes (which you would have to return at your own expense if you have failed to send written notice not to ship). The postage alone for returning those cards each month to the other clubs costs almost an additional $2.40. We send only what you order.

**HOW CAN WE BREAK ALL RECORD AND TAPE CLUB RULES?**
We are the only major record and tape club NOT OWNED... NOT CONTROLLED... NOT SUBSIDIZED by any record or tape manufacturer anywhere. Therefore, we are not obligated by company policy to push any one label. Nor are we prevented by distribution commitments from offering the very newest LPs and tapes.

**SPECIAL INTRODUCTORY MEMBERSHIP OFFER**
Join RECORD CLUB OF AMERICA now and take advantage of this special introductory Membership Offer. Choose any 3 LPs or any 1 tape shown here (worth up to $20.94) and mail coupon with check or money order for $5.00 membership fee

(a small handling and mailing fee for your free LPs or tapes will be sent later). If you can't find 3 LPs or 1 tape here, you can defer your selection and choose from expanded list later. This entitles you to LIFETIME MEMBERSHIP—and you never pay another club fee. Your savings have already more than made up for the nominal membership fee.

**NOW YOU CAN CHARGE IT**
If you prefer, you may charge your membership to one of your credit cards. We honor four different plans. Check your preference and fill-in your account number on the coupon.

**LOOK WHAT YOU GET**
• FREE Lifetime Membership Card — guarantees you brand new LPs and tapes at discounts up to 79%... Never less than ⅓ off.
• FREE Giant Master LP and Tape Catalog — lists thousands of all readily available LPs and tapes (cartridges and cassettes) of all labels (including foreign)... all musical categories.
• FREE Disc and Tape Guide — The Club's own Magazine, and special Club sale announcements which regularly bring you news of just-issued new releases and "extra discount" specials.
• FREE ANY 3 Stereo LPs or any 1 Tape shown here (worth up to $20.94) with absolutely no obligation to buy anything ever!

**GUARANTEED INSTANT SERVICE**
All LPs and tapes ordered by members are shipped same day received (orders from the Master Catalog may take a few days longer). ALL RECORDS AND TAPES GUARANTEED—factory new and completely satisfactory or replacements will be made without question.

**MONEY BACK GUARANTEE**
If you aren't absolutely delighted with our discounts (up to 79%)—return items within 10 days and membership fee will be returned AT ONCE! Join over two million budget-wise record and tape collectors now.

© 1971 RECORD CLUB OF AMERICA ®

---

**RECORD CLUB OF AMERICA**
CLUB HEADQUARTERS
YORK, PENNSYLVANIA 17405  V074

Yes—Rush me a lifetime Membership Card, Free Giant Master LP & Tape Catalog, and Disc & Tape Guide at this Special Membership Offer. Also send me the 3 FREE LPs or 1 FREE tape which I have indicated below (with a bill for a small mailing and handling charge). I enclose my $5.00 lifetime membership fee. This entitles me to buy any LPs or tapes at discounts up to 79%, plus a small mailing and handling charge. I am not obligated to buy any records or tapes—no yearly quota. If not completely delighted I may return items above within 10 days for immediate refund of membership fee.

3 FREE LPs
☐ ☐ ☐

or 1 FREE TAPE
☐ 8-track
☐ cassette

or ☐ Defer Selection—send expanded list.

Mr.
Mrs.
Miss _____
Address _____
City _____ State _____ Zip _____
All Servicemen write Soc. Sec. # _____

CHARGE IT to my credit card. I am charging my $5.00 membership (mailing and handling fee for each FREE LP and tape selected will be added).

Check one: ☐ Diners Club  ☐ Master Charge
           ☐ American Express  ☐ BankAmericard

Acct. # _____ Expiration Date _____
Signature _____

CANADIANS mail coupon to above address. Orders will be serviced in Canada by Record Club of Canada. Prices vary slightly.

---

## RECORD CLUB OF AMERICA—The World's Lowest Priced Record and Tape Club

Dockets.Justia.com

