





CONTINUED AFTER NEXT PAGE

Gary Friedrich Enterprises, LLC, et al v. Marvel Enterprises, Inc. et al    Doc. 3 Att. 14

Dockets.Justia.com

## I'm 11 Years Old... and I Sell $75.00 to $100.00 a Week

writes Carl B. Rudd, Jr.
**Exceptional Blair Dealer of Ohio**

Says Carl: "I am very proud to have the opportunity to sell Blair Products. In the 2½ months I have worked, I have bought my clothes and saved over $200.00. I now have my business built up and sell $75.00 to $100.00 a week."

**Boys! Girls! If You'd Like the Chance to Make Good Money and Get Premiums, Too**

### Send for Big Display Kit
### FREE TRIAL!

Like Carl Rudd, you, too may become a Blair Dealer and offer folks in your neighborhood famous Blair Quality Products—over 200 Food Products, Flavorings, Cosmetics, Household items every home needs and uses every day. We'll send you big money-making Display Kit containing full-size products worth $7.50 at retail prices for FREE TRIAL. Show this kit to friends, neighbors, and take easy, fast orders. No experience needed to make good money after school, weekends, just spare time! And you get valuable Premiums besides the cash you make!

**SEND NO MONEY!** Just print name, address, age on coupon, mail it today for Display Kit, complete money-making details, sent for Free Trial.

BLAIR, Dept. 272MB, Lynchburg, Virginia 24505

---

BLAIR, Dept. 272MB, Lynchburg, Virginia 24505
Rush Display Kit, full-size Blair Products, complete money-making plans, Premium offers—for Free Trial.

Name _____ Age ___
Address _____
City _____ State ____ Zip ____

---



## Yours FREE!
(when you send 10¢ for mailing)

### 20 ALMOST-RARE STAMPS
### From 12 LOST NATIONS!
*Most a Half-Century Old*

We'd like to send you a score of Postage Stamps from nations overrun by invaders in the 19th and 20th Century and never freed again — stamps so appealing that experienced and beginning collectors alike want them! When these are gone no more will be available. And from our Approval Service we'll include 110 *additional* stamps from Britain's Lost Empire (alone worth over $3 at catalog prices!), plus an Illustrated Album and other unusual stamps for Free Examination. You can keep the Album and 110 British Empire Stamps as an Introductory Bonus should you buy $1 worth from our approval selection! Or return Album and 110 Stamps with selection and buy nothing. Cancel service any time. But in either case, the valuable Lost Nations Stamps are yours to keep FREE — as an Introduction to the World's Most Rewarding Hobby. Send 10¢ for mailing today while supplies last!

KENMORE Co., Milford LN-893, N. Hamp. 03055

---

Far East Assortment—Stamps from Viet Nam, Japan, Korea, Formosa and others only 10¢ with world-wide approvals.
CLARK STAMPS, Dept. 53V, Muskegon, Mich. 49444.

---

## STAMP COLLECTING OUTFIT

A packet of worldwide stamps, 3 Triangles, 2 Diamonds, animals, insects, flowers, ships, men-in-space, New African Nations, etc. Plus a packet of hinges, perforation gauge and millimeter scale, watermark detector. ONLY 25¢. Plus stamps for your approval from our approval service which can be cancelled anytime. Buy what you want or none, and return those not wanted in 10 days.
L. W. BROWN, Dept. NMC, Marion, Mich. 49665

### 1¢ THOUSANDS OF BEAUTIFUL STAMPS
1¢ each and up — Why pay more when you can get the best for less. Write today for approvals. PENNY STAMP SERVICE, P.O. Box 896, Mariposa, California 95338

### BETTER U.S. APPROVALS
To introduce our BETTER U.S. APPROVALS we offer 15 of the most wanted U.S. stamps including Columbian, Bi-cents, Army-Navy, Famous American Airs and other Commems. for only 10¢.
OCEAN STAMP CO., Box 84-D, Brooklyn, N.Y. 11229

### 49 DIF. BONANZA 10¢
8 Triangles, 2 Diamonds, Monaco Sports, Scout, Antartica, Animals, Insects, Flowers, Sets. Plus a book of Approvals returnable without obligation. TRU VALUE, Box 2935, Santa Fe Springs, Cal. 90670

### 17 DIFFERENT TRIANGLES 25¢
No approvals included. Big illustrated lists.
Picture Stamps, Box 46193-M, Hollywood, Cal. 90046

### FREE MAMMOTH COLLECTION
Also Scotts International or Master Global Albums, GIVEN when you BUY our approvals.
BARGAIN SERVICE
Box 5345, Santa Ana, California 92704

---

Send 80¢ for your giant 40 page catalog to GRAND BOOK, INC., DEPT. M, 659 GRAND ST., BROOKLYN, N.Y. 11211. We have more than a ¼ million comics from all publishers in stock. To sell comics, send titles, numbers, and conditions with a self addressed stamped envelope for a reply.

---

## re-do auto upholstery
**Learn at Home — 12 Lesson Course $4.95**
Now! A complete 12 lesson course in auto upholstery even including rolls, pleats, from famed accredited Upholstery Trades School, just $4.95 ppd. Learn at home — do your own car, build part or full time business or get hi-pay job. Money-back guarantee. Supply limited. U.D.S., Dept. 5895-062, Little Falls, N.J. 07424.

## LOCKS AND KEYS MADE EASY!
**COMPLETE ILLUSTRATED BOOK OF FACTS**
Shows how to fit keys, change combinations, master key locks, keys by number, tools to use, etc. Fascinating trade explained in simple words, clear and complete illustrations. Satisfaction guaranteed. Get started! Order today. 1495-062
**ONLY $3 PPD.**
L. B. Ancele, P.O. Box 69234, Los Angeles, Calif. 90069

## Comics from Golden Age to Present
100 page illustrated Cat. No. 8
Send $1.00
### Passaic Book Center
594 MAIN AVENUE
PASSAIC, N.J. 07055

### NEVER OFFERED BEFORE!
Over 50 diff. Polish Pictorials cataloging to 25¢ each inc. Complete Sets. 10¢ approval applicants. — KAYCO, P.O. Box 1437, Flushing, N.Y. 11367 Department C.

---

## OLD COMICS & PULPS FOR SALE (1928 TO 1971)
ALL TITLES & PUBLISHERS    SEND 50¢ FOR LIST
DAVID ALEXANDER, BOX 2921, HOLLYWOOD, CALIF. 90028

---

## train at home for BIG INCOME CAREER in ACCOUNTING

*This Electric Adding Machine GIVEN TO YOU!*

Train now at home in spare time for 1000s high pay prestige positions open to Accountants. Accountants move up fast in business. With our exclusive Computer Age Accounting Course you are given a fully automatic electric adding machine. Ours is the only home-study plan that shows you step by step how to take advantage of computers to simplify work—how to make you more valuable to company management.

You learn both Manual and Computer Accounting! You work actual problems with our IBM 360 Computer to learn exactly what information you must "feed" the computer... you learn how to interpret "print out" data our computer returns to you... you qualify for one of 1000s of "Big Income" Careers awaiting trained Accountants. Whatever your previous experience or education — we show you how! Send for FREE "Accounting Career Kit."

NORTH AMERICAN SCHOOL OF ACCOUNTING, Dept. 21016
4500 Campus Dr., Newport Beach, CA 92663
Rush FREE "Accounting Career Kit." No salesman will call.
NAME _____ AGE ___
ADDRESS _____
CITY _____ STATE ____ ZIP ____

## POEMS WANTED for SONGS & RECORDS
Opportunity open in booming music business. America's largest studio wants to see your material. No special training needed. Write words as you feel them. We'll tell you if they qualify. All types needed: ballad, R&R, sacred, rhythm & blues, western, etc. Examination and advice absolutely free. Send poems to: Five Star Music Masters, 6 Beacon St. Dept. 30, Boston, Mass. 02108



## IT REALLY FLIES! "THE BIRD"
16" wingspan, tearproof wings. No batteries needed — just wind it up and let it fly. It flaps its wings. No strings. Flies up to 300 feet.
**ORDER TODAY $3.98**
The Birds
Dept. M-007
158 Third Street,
Mineola, N.Y. 11501

## HYPNOTIZE!
PATENTED
**HYPNO-COIN FREE**
WITH 25 LESSONS IN HYPNOTISM
With the single power of hypnosis you can hypnotize any glance, as people obey your commands without subject knowledge. Send $1.00 for your complete 25 lesson course NOW and receive the fantastic HYPNO-COIN FREE! INCLUDES 25¢ FOR POSTAGE AND HANDLING.
AMERICAN CIRCLE CORP. DEPT. 20E
BELLMORE, N.Y. 11710



## Factory Close-out!
### ELECTRIC GUITAR & AMP $15.95 ppd
Once in a lifetime bargain! Beautiful ¾ size solid body guitar. Single pickup, volume & tone control. PLUS solid-state transistorized amp. FREE Deluxe nylon carrying bag. A $39.95 value for ONLY $15.95, while they last!
GUITARS, Dept. MC-6
4585 Huntington Dr. So., Los Angeles 90032