

CONTINUED AFTER NEXT PAGE



## $1,000 Look For $27

Yet amazing Capra Gems are yours at only 1/30 the cost. For example, a one-carat diamond costs approximately $1000, yet a comparable selected Capra Gem is only $27. Brilliantly beautiful hand-set, hand-polished Capra Gems are more dazzling than diamonds. Get full facts free, on man's most amazing discovery in modern science ... CAPRA GEMS. Write for free booklet and easy payment plans.

- - - SEND NO MONEY - - -
CAPRA GEM CO., Dept. MAC 62
P.O. 3148, Phila., Pa. 19190

Name_____
Address_____
City_____State____
Age_____Zip Code____

### COMIC BOOKS!
Thousands of old comic books for sale, TIMELY'S, MARVELS, D.C., FAWCETT, CHARLTON, etc., etc. Send $1 for big new list! Comics also BOUGHT! BUYING LIST $1. PROMPT SERVICE!
F. L. BUZA, Box 301, MC 15 PLOVER, WIS. 54467

### COMIC BOOKS FOR SALE
Low Prices
250,000 in stock. The complete Marvel & DC Groups from 1935—1972. Also Original Art, Pulps, Toys, Doc Savage, Movie Items, Science Fiction Mags, etc. from 1920—1972. We also buy. Send selling list with prices.
GIANT CATALOG 35¢
**HOWARD M. ROGOFSKY**
P.O. Box 1102—Linden Hill Station
FLUSHING, N.Y. 11354

### How to WRITE, SELL and PUBLISH YOUR OWN SONGS
Learn how to write songs correctly, How to get them recorded, How to sell and promote them. Secrets and methods used by professionals. Information free.
ACE PUBLISHING, Dept. 3, Box 64, BOSTON, MASS. 02101

### COMIC LIST - NO. 4
SEND A STAMPED SELF ADDRESSED ENVELOPE TO:
COMIC SALES CO. BOX M-382
BROOKLYN, N.Y. 11211



FANTASTIC NEW CATALOGS

### we buy and sell comic books
**MARVEL COMIC CHECK LIST AND PRICE LIST**
48 page MARVEL pocket checklist with separate D.C. comic list and protective comic bag
all three for only 50¢
over 100,000 comics in stock
**ROBERT BELL • BOX 18 • HAUPPAUGE, N.Y. 11787**

### GENUINE GOLD NUGGETS FROM ALASKA $1
2 or 3 precious nuggets of actual mined gold from famous Alaskan gold fields. Your chance to own genuine gold pieces for only $1.
TRE COIN CO. Box 5490

### Our Famous Coin GRAB-BAG
Thousands of coins including 100 year old coins. All GUARANTEED to be worth $2.00 but may be worth much, much more! Already packaged and ready to go! Includes gold, silver, type coins, foreign, key coins! BIG value!
$2

### ENJOY AN EXCITING, ROMANTIC LOOK IMPRESSIVE ANYTIME!
QUICK CHANGE to suit your mood time:
All Three $6. Send for Mustache, Sideburns and Van Dyke at once! Simply check the color you want or send a sample of your hair and leave the matching to our expert. MAIL COUPON NOW.

Adheres securely, off and on in seconds, can be worn as is or trimmed to just the style you want.



MODOCRYLIC

To order give hair color:
☐ Blond; ☐ Black; ☐ Light Brown; ☐ Medium Brown; ☐ Dark Brown; ☐ Grey; ☐ Silver; ☐ Auburn or send hair sample. ☐ Mustache $2; ☐ Deluxe Mustache $3; ☐ Sideburns $3; ☐ Deluxe Sideburns $5; ☐ Van Dyke $3; ☐ Deluxe Van Dyke $5; ☐ All Three $6; ☐ All Three Deluxe $10 (I save $5).
Masculiner Co. Dept. 762
160 Amherst, E. Orange, N.J. 07019
Sold On Money Back Guarantee

### COMICS
Please send 25¢ for my sale list and list of comics I will buy. Sample protective comic bag also sent. Prompt service. Mike Towry, 3241 Mobley St., San Diego, CA 92123

### COMIC-SCIENCE FICTION
Hardbacks, Paperbacks, Creepy, Pulps, Weird Tales, Amazing, Etc. Send 25¢ for complete Sales List! We also buy Science Fiction and Comics. Send Your List.
CLINT'S BOOKS
3943 M Main St. K.C. Mo. 64111

### ONE MILLION $ CASH $

Fool all your friends. You'll get a Million $$$ worth of laughs with these exact reproductions of old U.S. Gold Banknotes (1840). They're yours FREE when you send for our brand new "FUN CATALOG." Send only 25¢ (coin) for shipping.
DOLLAR BARGAINS
BOX 1225-MC • NEWARK, N.J. 07101

### PLAY GUITAR IN 7 DAYS OR MONEY BACK

In this Special Introductory offer you get ED SALE'S famous Secret System worth $4.00 which shows you how to play a beautiful song the first day and any song by ear or note in seven days! Contains 52 photos, 87 finger placing charts, etc., plus 110 popular and western songs, (words and music); a $1.00 Chord Finder of all the chords used in popular music; a $3.00 Guitarist Book of Knowledge; and the extra special $1.00 value NEW wallet size Tuning Device for tuning any guitar by ear.
**Total Value $9.00—Now $2.98**. SEND NO MONEY! Just send your name and address. On delivery pay postman $2.98 plus C.O.D. postage. Or send $2.98 plus 25¢ shipping and handling charges with order to save C.O.D. costs. (Sorry, no C.O.D. outside Continental U.S.A. remit with order.) Money back Guarantee.
ED SALE Studio 395-F, Avon By the Sea, N.J. 07717