Gary Friedrich Enterprises, LLC, et al v. Marvel Enterprises, Inc. et al — Doc. 3 Att. 17

# MARKET PLACE
For ad rates write Classified 100 E. Ohio, Chicago

### HOBBIES
NEW! Hip-Pocket Model Hobby Catalog. Monthly Mailing. Planes, Cars, Boats, Rockets, etc. Monthly specials. Send 25¢. Hobby Shack, Silver Spring, Pennsylvania 17575.

### BOWLING
SECRETS OF BOWLING STRIKES will increase your average by 35 pins minimum or no cost. 101 actual photos show exactly how plus Spot Bowl Secrets. Only $2.00. Refundable. Reitoru, Dept. B-02, 100 East Ohio Street, Chicago, Illinois 60611.

### STAMP COLLECTING
FREE 20 Pictorials. Approvals. Pickrell, Box 10129-B, Norfolk, Virginia 23513.

15 AUSTRALIAN COMMEMORATIVES, 10¢. Approvals. Charles Looks, 18 W. 25 St., NYC 10010.

FREE Stamps send 10¢ mailing. UX Stamp Company, 320 Congress, Austin, Texas 78701.

### SCIENCE
ANTIGRAVITY DEVICE, Brochure 35¢. AGD, Box 18126-D, Wichita, Kansas 67216.

### MONEY-MAKING OPPORTUNITIES
How to Make Money Writing Short Paragraphs. Information Free. Barrett, Dept. C-436-C, 6216 N. Clark, Chicago, Illinois 60660.

WE BUY BOXTOPS, Labels. Stamp brings information. Continental, Box 11616, Philadelphia, Penn. 19116.

### GOVERNMENT SURPLUS
Giant Twelve Foot Weather Balloon. Great Fun. Only $2.98 (Guaranteed Quality). House, 2810 Latham, Sacramento, California 95825.

### OF INTEREST TO ALL
Attract the opposite sex. Send stamped envelope. Box 296, West Covina, California 91790.

### SONG POEMS—MUSIC
RECORDS MADE. Publishing Contract Guaranteed On Accepted Material. Send Poems. Talent Searchers Music Dept., 1631 Yucca, Hollywood, California 90028.

### REAL ESTATE
LAND! Unspoiled by Man. $5.00 Per Acre. E. L. Sullins, Box 121, Melbourne, Arkansas 72556.

### ADVERTISERS—AGENCIES
"SECRETS OF SUCCESSFUL CLASSIFIED ADVERTISING" tells short-cuts to bigger mail response and profits. Includes copy hints plus where to place your ads and how much more. $2.00 postpaid. Refundable. From Detailed book, millions of prospects for unique offer. Write: S. Omens, Dept. SO-OD, Classified Inc., 100 East Ohio Street, Chicago, Illinois 60611.

## RARE STAMP FREE
Also new packet Aden to Urundi with Kennedy, Triangles, Space, Sports, Ships, Dogs, Cats, Reptiles, plus others. All free. Send 10¢ for mailing. Empire Stamp Co., Dept. 16, Toronto, Canada

## 225 STAMPS FOR ONLY 10¢
Airmails, Pictorials, stamps from strange countries cataloging up to 25¢ ea. Plus unusual stamps to examine. Buy any or none, return balance, cancel service anytime. Mystic Stamp Co., Camden 3, New York 13316

### COMPLIMENTARY COLLECTION OF 50 Different U.S. Stamps!

Receive this great Collection for only the mailing and handling to introduce our superb U.S. Approval selections — 100 year old Classics, Airmails, Commems., etc. Buy any or none, return balance, cancel anytime. Globus Stamp, 276 Park Ave. So., New York, N.Y. 10010, Dept. 322

## CARTOON FOR MONEY
Learn from experts how easy it is to make big money at home with easy to draw cartoons. Send 25¢ for postage & handling. SUCCESS Dept. M, Box 885, Dearborn, Mich. 48121
FREE BOOK

NAME _____
ADDRESS _____ AGE ___
CITY _____ STATE ___ ZIP ___

# AIRLINE—
## CAREER TRAINING FOR MEN AND WOMEN IN
- Passenger Service
- Communications
- Reservations · Travel Agent · Ticketing
- Operations, etc.



Airline employees enjoy air travel passes to exciting cities, meet interesting personalities, lead active lives, get good pay with advancement opportunities, security, many fringe benefits.

### Start training at home now

MAIL COUPON FOR FREE COPY
Accredited Member NHSC and NATTS

**ATLANTIC AIRLINE SCHOOLS** (founded 1949)
2020 Grand, Dept. MV-062, Kansas City, Mo. 64108

YES! I would like full information.
Name _____
Address _____
City _____ State ___ Zip ___
Phone _____ Age ___ County ___
☐ If under 17, check here for additional guidance information.

### RARE OLD U.S. FLAG STAMPS AIRMAILS
Famous Americans, Presidents, Commems. ON APPROVAL. 10¢ mailing charges. FREE GIFT to BUYERS of approvals ONLY. METROPOLITAN STAMPS, Box 312 MVC, Jackson Heights, N.Y. 11372



Trail Cycle 149
Calendar Watch 4.45
5.24 Field Glasses

### HOME-IMPORT
BUSINESS—Make Big Profits
Men-Women new Drop Ship Plan offers fast profits without product investment. Deal direct with overseas sources. Buy small quantities. Prices shown include duty & postage. Full or spare time. FREE PLAN, adults only, state age. MELLINGER, 6100 Vario, Dept. F 1326 Woodland Hills, CA 91367

## $1.00 EACH COLOR FAST CLOTH EMBLEMS
Have 3" Popeye, 3" Bugs Bunny, 8" Dicky, 8" Dondi, 6" Wimpy, 8" for $2.75, 6 for $5.00. Can be Assorted—Add 25¢ for Handling.
MR. EMBLEM, MC-10, Box 4022 L, Chicago, Ill. 60648



### FREE! POWERFUL MUSCLES FAST!
Fantastic New Discoveries in the science of bodybuilding. Our method will add inches of powerful muscles to arms, chest, shoulders & legs. Learn secrets on trimming the waist with ultra-modern methods—fast. Results Guaranteed! Send for free brochure. Send dime for postage and handling.
Universal Bodybuilding Box 485, Dearborn, Michigan 48121 Dept. P

FREE
NAME _____ AGE ___
STREET _____
CITY _____ STATE ___ ZIP ___
PLEASE PRINT

# introducing the big...new... 1972 model rocket catalog
## from centuri

get your big new 1972 model rocket catalog now! only 25¢

Start flying high with the DO-SOMETHING-MORE rocket kits. We've added 6 brand new rocket kits, new launch system, new starter set to our complete line of flying model rockets, supplies and accessories.


Centuri Engineering Co.
P.O. Box 1988, Dept. 1A42
Phoenix, AZ 65001

I enclose 25¢ (refunded on first order) for my 1972 Centuri Model Rocket Catalog.

Name _____ Age ___
Address _____
City _____ State ___ Zip ___

## HAVE YOUR POEMS SET TO MUSIC

See how your words can be turned into a song. Songs recorded, phonograph records made. Send your best poems or songs for prompt FREE information.
CROWN MUSIC CO.
49 West 32 St. Studio 11 New York 10001

# FREE
### everything you need to start your own shoe and clothing business
**New Catalog**
We'll rush you our new catalog and complete starting outfit absolutely free. All you'll send us the coupon below. No investment. No experience. Represent full time or part time and profit 6 ways. Earn immediate cash commissions on every order.



**Your Own Shoes and Clothing Free**
As our representative you can qualify for free shoes and clothing. Order your family's clothing at big discounts. Use this coupon now. Make money and save money.

Send me my free starting outfit. Rush me the new Stuart McGuire catalog featuring over 880 shoe styles plus a whole new line of men's and women's clothing. I want to start making more money. Show me how.
To: Cabell Brand, President 059204
Stuart McGuire Company
115 Brand Rd. Salem, Virginia 24153

Name _____
Address _____
City _____
State ___ Zip ___

Dockets.Justia.com



YOU WATCH IN STUNNED *SILENCE* AS THE MANGLED, BROKEN BODY IS PLACED ON A *STRETCHER*... AND YOU LISTEN TO ROXANNE'S AGONIZED *SOBS*...

SO *THIS* IS HOW THE *MASTER* KEEPS HIS PROMISES....



THEN, BLINDED BY RAGE AND GRIEF, YOU KNOW WHAT YOU MUST *DO*...

TELL THE ANNOUNCER TO *HOLD* THE CROWD, SAM! *I'M* GOING TO MAKE THE JUMP!



ALL SENSE OF TIME IS LOST TO YOU... AND SUDDENLY THE GLARE OF THE *SPOTLIGHT* IS UPON YOU...



BLOOD RACES THROUGH YOUR TEMPLES... FEAR GRIPS YOUR HEART... YOU FEEL THE BIKE LOSE CONTACT WITH THE *GROUND*... AND A THRILL SURGES THROUGH YOUR BODY... A THRILL LIKE YOU'VE NEVER EXPERIENCED BEFORE... AS YOU SOAR THROUGH SPACE... KNOWING AT THE END THERE WILL BE *TRIUMPH*... OR *DEATH*!!



YOU'RE OBLIVIOUS TO THE GASPS OF THE CROWD... EVEN TO THE *SCREAMS* OF ROXANNE... AS ONE THOUGHT BURNS IN YOUR MIND... *I MUST MAKE THE JUMP... FOR JINX!!*



JOHNNY...NOOOO! PLEASE...DON'T DO IT! *DON'T!*