



CONTINUED AFTER NEXT PAGE