










Gary Friedrich Enterprises, LLC, et al v. Marvel Enterprises, Inc, et al    Doc. 3 Att. 19

Dockets.Justia.com

