Gary Friedrich Enterprises, LLC, et al v. Marvel Enterprises, Inc. et al    Doc. 3 Att. 20



Dockets.Justia.com

