

## LA SALLE EXTENSION UNIVERSITY
*A Correspondence Institution* • 417 S. Dearborn Street, Dept. 78-009, Chicago, Illinois 60605

Please send me, without cost or obligation, FREE booklet and full information on the field I have checked below:

**ACCOUNTING**
☐ Complete Accounting
☐ Income Tax
☐ CPA Training
☐ Bookkeeping

**BUSINESS MANAGEMENT**
☐ Introduction to Business Management

**DRAFTING**
☐ Complete Drafting

**LANGUAGE INSTRUCTION**
☐ French  ☐ Spanish

**MUSIC INSTRUCTION**
☐ Piano  ☐ Guitar

Other_____

**COMPUTER PROGRAMMING**
☐ Basic Training

**HOTEL/MOTEL MANAGEMENT**
☐ Hotel Executive Training
☐ Motel Management

**INTERIOR DECORATING**
☐ Complete Training

**TRAFFIC & TRANSPORTATION**
☐ Complete Traffic Management

**ART TRAINING**
☐ Commercial Art
☐ Oil, Water Color Painting
☐ Complete Training

**HIGH SCHOOL**
☐ High School Diploma

**REAL ESTATE**
☐ Complete Real Estate
☐ Real Estate Brokerage
☐ Real Estate Management

**STENOTYPE**
☐ Machine Shorthand

**DIESEL MECHANICS**
☐ Basic Training

**CAREERS FOR WOMEN**
☐ Accounting
☐ Bookkeeping
☐ Computer Programming
☐ Dental Office Assistant
☐ Interior Decorating
☐ Real Estate
☐ Secretarial
☐ Stenotype

**RESTAURANT MANAGEMENT**
☐ Executive Training

Mr.
Mrs. ........................................... Age .....
Miss               *(Circle title and please print)*

Address ................................................ Apt. No. .....

City & State ............................................ Zip ..........

# If you had mailed this coupon a year ago, perhaps your salary would be up too!



## WHY NOT MAIL IT TODAY?

Look at these pleased reports from LaSalle students. Many success stories of this kind come to us every year—from people who began their career planning by mailing the LaSalle coupon for information.

Yes, many graduates attribute their increases in income largely to their LaSalle spare-time training.

LaSalle students have one ambition in common—to get out of the ranks of the untrained and earn more money and respect in a better job. Isn't that your goal too?

Without interfering with your present work—and by devoting only a little of your spare time—you too can prepare for advancement in the field of your choice through LaSalle home study. The cost is low.

LaSalle has been a leader in home education for more than sixty years, enrolling over 2,000,000 ambitious men and women in its many courses. You study under the supervision of LaSalle's experienced faculty. Upon satisfactory completion of your study, you receive the LaSalle diploma—a recognized and respected credential.

Check the subject you are interested in—then send the coupon above for FREE booklet. No obligation.


"Since enrolling with LaSalle my salary has doubled."
Robert Kuber, St. Cloud, Minnesota

"In the past three years my income has jumped over $6,500."
Norbert Kaitan, Ridgewood, N.Y.


"My salary has quadrupled since starting the course."
George R. Kelly, W. Bridgewater, Mass.


"Thanks to LaSalle training... my salary has doubled."
Mrs. Mary M. Nyberg, Los Angeles, Calif.



© 1971 LaSalle Extension University

# LASALLE EXTENSION UNIVERSITY
*A Correspondence Institution* • 417 S. Dearborn Street, Chicago, Illinois 60605