# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

**RE 929-199**

EFFECTIVE DATE OF RENEWAL REGISTRATION

2 / 26 / 07
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼** (See Instructions)

**a**
Name: Gary E. Friedrich
Address: 5 Jeanette Drive, Arnold, Missouri 63010
Claiming as: Author
(Use appropriate statement from instructions)

**b**
Name:
Address:
Claiming as:

**c**
Name:
Address:
Claiming as:

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**
MARVEL SPOTLIGHT Volume 1 Number 5 GHOST RIDER

**RENEWABLE MATTER ▼** If any author is deceased, give the complete date of death (month, day, and year).
ENTIRE WORK

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial, give: Volume ▼    Number ▼    Issue Date ▼

**AUTHOR(S) OF RENEWABLE MATTER ▼** (If any author is deceased, give month, day, and year of death.)

Name: _____ Date of death: _____
Name: GARY E. FRIEDRICH Date of death: _____
Name: _____ Date of death: _____

**ORIGINAL REGISTRATION NUMBER ▼**    **ORIGINAL COPYRIGHT CLAIMANT ▼**
See Attached Addendum    Magazine Management Co., Inc. Marvel Comics Group

**ORIGINAL DATE OF COPYRIGHT**
If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: April 30 1972
(Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: _____
(Month) (Day) (Year)

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions. • Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of 3 pages

EXHIBIT 2

RENEWAL APPLICATION RECEIVED
FEB 26 2007

CORRESPONDENCE ☑ YES

EXAMINED BY

CHECKED BY

FUNDS RECEIVED

FORM RE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**a**
- Title of Contribution: ......
- Title of Periodical: ......
- Vol: ...... No: ...... Issue Date: ......
- Date of Publication: ...... (Month) (Day) (Year)
- Registration Number: ......

**b**
- Title of Contribution: ......
- Title of Periodical: ......
- Vol: ...... No: ...... Issue Date: ......
- Date of Publication: ...... (Month) (Day) (Year)
- Registration Number: ......

**c**
- Title of Contribution: ......
- Title of Periodical: ......
- Vol: ...... No: ...... Issue Date: ......
- Date of Publication: ...... (Month) (Day) (Year)
- Registration Number: ......

**d**
- Title of Contribution: ......
- Title of Periodical: ......
- Vol: ...... No: ...... Issue Date: ......
- Date of Publication: ...... (Month) (Day) (Year)
- Registration Number: ......

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name _____

Account Number _____

Area code and daytime telephone number ▶ (314) 727-0101   Fax number ▶ (314) 727-6458

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name Riezman Berger, P.C.
Address 7700 Bonhomme Ave., 7th Floor   (Apt)
St. Louis, MO  63105
(City) (State) (ZIP)
Email address ▶ trademarks@riezmanberger.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one)
☑ renewal claimant   ☐ duly authorized agent of _____ (Name of renewal claimant)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ GARY E. FRIEDRICH    Date ▼ 2/19/07

Handwritten signature (X) ▼

**Certificate will be mailed in window envelope to this address:**

Name ▼ Riezman Berger, P.C.
Number/Street/Apt ▼ 7700 Bonhomme Ave., 7th Floor
City/State/Zip ▼ St. Louis, MO  63105

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 7

SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form RE  Rev: 07/2006  Print: 07/2006—xx,xxx  Printed on recycled paper                    U.S. Government Printing Office: 2006-xx-xxx/xx,xxx

# ADDENDUM TO FORM RE



:TED FOR ALL WORKS
RY 1, 1964, AND
*RE NOT REGISTERED*
.R TERM.



Addendum to Form RE
For Renewal
UNITED STATES COPYRIGHT OFFICE

RE 929-199



2/26/07

**DO NOT WRITE ABOVE THIS LINE.**

**1. TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:** ▼

MARVEL SPOTLIGHT Volume 1 Number 5 GHOST RIDER

**2. NAME OF THE AUTHOR(S):** ▼

GARY E. FRIEDRICH

**3. CITIZENSHIP AND/OR DOMICILE OF THE AUTHOR(S) AT THE TIME THE WORK WAS FIRST PUBLISHED:** ▼

U.S.

**4. DATE AND NATION OF FIRST PUBLICATION:**

| Month▼ | Day▼ | Year▼ | Nation▼ |
|---|---|---|---|
| April | 30 | 1972 | U.S. |

**5. MANUFACTURE:**

A. If this is a nondramatic literary work or a two-dimensional print or label, the country in which the work was manufactured: ▼

B. The processes by which the work was manufactured: ▼

**6. DEPOSIT:** (Check one)

☑ A. One complete copy of this work as first published is deposited with this application.

☐ B. A complete copy of this work as first published cannot be deposited for the following reason: ▼

**7. A. VERIFICATION OF NOTICE:**
I hereby aver that all copies of this work as first published bore the copyright notice as it appears in the accompanying deposit materials and said copyright notice appeared on all copies of the work published in the United States until December 31, 1977.
Signature of applicant: _____

**B. DEPOSIT ACCOUNT:**
If you maintain a Deposit Account in the Copyright Office, identify it in space 7B. Otherwise, leave the space blank and send the fee for Form RE *and* the fee for Form RE Addendum with your application and deposit.

**8. CERTIFICATION:**
I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Signature of applicant: _____
Date signed: 2/19/07
Daytime telephone number: (314) 727-0101
Fax number, if any: (314) 727-6458
Email address: trademarks@riezmanberger.com

FEB 2 6 2007

DO NOT WRITE HERE OFFICE USE ONLY

DEPOSIT RECEIVED
2/26/07

FUNDS RECEIVED
2/26/07

Form RE-Addendum Rev: 07/2006 Print: 07/2006 Printed on recycled paper

U.S. Government Printing Office: 2006-xxxx